**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

Scott Lynn Ballering

**-against-**
Zillow Incorporated and other holdings

**Complaint for a Civil Case**
Case No. 3:21-cv-00292 IM

*(to be filled in by the Clerk's Office)*

Jury Trial:        Yes        ✔ No
*(check one)*

I. **The** Parties to This Complaint
   A. The Plaintiff

   Plaintiff
      Scott Lynn Ballering
      11806 NE 122nd Ave. Apt 242
      Vancouver Clark County
      Washington 98682
      Telephone Number 435-899-1945
      sl_ballering@hotmail.com

   B. The Defendant(s)

      Defendant No. 1
      Zillow Inc.
      1301 Second Ave, floor 31
      Seattle, WA 98101
      877-313-8601

**II Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?

✔ Federal question    ✔ Diversity of citizenship

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Denial Of Service/Discrimination

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, Scott L. Ballering, is a citizen of the State of Washington.

b. If the plaintiff is a corporation Costco Corporation.

2. The Defendant(s)

a. If the defendant is an individual

The defendant, (name) is a citizen of the State of. Or is a citizen of United States, and others. (foreign nation)

b. If the defendant is a corporation

The defendant, is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* . *Or* is incorporated under the laws of *(foreign nation)* , and has its principal place of business in *(name)* .

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Unlimited settlement for discrimination.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. I had my FSBO (For Sale By Owner) listed on their site twice. This last time they have closed my account without warning after I have over 2200 views and 86 saves in less than 4 full days because I have disclosed what is all wrong with my house, the area, the people, the neighborhood, the city, state and Church of Ladder Day Saints otherwise known as the Mormons, Morgan Stanley (PHH Mortgage) the mortgage holder. Since I am a FSBO I have to disclose everything that I know is wrong with my house otherwise I open myself up for future legal actions against me. Here is what was listed.

---

The builder installed a drug mister like they used in the drug ward I was detained in. You know the Chief & Hurricane police (3 squad cars one single man on foot) searched for 3 wholes days while they detained me illegally and never found it and they never fixed my broken window like they said they were going to do, guess they need a way into the house those 3 days. They did give me a free ambulance ride, although a helicopter ride would have been nicer and then a free limo ride home after my 3 days. They took xrays, did blood work, mental consoling, I was the big drug deal/bust (it's said there's a high heroine use in the area) but I was just taking supplements that came in powder form. Oh ya I never had to pay the bill, thanks UTAH, wait one minute I never got the test results, now you know why you paid for it all.

It is the hottest ticket to have one I guess but since I bought the house as a spec home I think the original owners to be ordered it and when they didn't buy the house they forgot to take it out. It's in the Master Bedroom where I am not saying. I know all the showings I was asked about it.

The house has not been lived in for almost 3 years, there is no sewer gas smell that I noticed when I was there in 2019 even tho all the traps and toilets' were empty of water.

When I lived there the house was not even 2 years old and there was air leaks in all water lines, the main water feed to the house per code told to me by the city water department was, it has to be run in ridged plastic or copper from the meter to the house shut-off, they now use flexible hose.

Each house per UT building codes requires each house to be site engineered but yet the blue prints were reused by the builder multiple times and never engineered since my floor plan was slightly different than the other 5 houses built by the same builder.

The Mormons illegally detained me for 3 days in the local drug rehab ward in the hospital because I was locked out of my house all because all the MORMON NEIGHBORS have keys to every house and barrow things. They changed my garage door codes so I could not get in. They even took ONE work GLOVE and then returned it 3 months later, guess hiding the other one helped after all.

Here is the proof of some of the court cases I have against UTAH AG for forgery and fraud, the city, state and the director of standards at the NEC and they all did not help one bit.  https://1drv.ms/u/s!AsH2lPeCUXBmgUK1uUfnNsv5Awd2?e=FSDlNf

What the seller loves about this home
It is property of the federal government in several federal court cases involving not meeting national or local building codes, such as the use of the desert Ufer that the city of Hurricane UT says is ok.

The Desert Ufer is what some call a Concrete incased electrode ground but that method of grounding is how most houses in the South west are built including states like NV, UT, ID, CA, CO, TX, AZ, NM and others, still does not the building code for Concrete Incased Electrode earth ground.

The fire hazard in the wall idiots, Casey the inspector said was legal. Since I am still listed as the owner I have to disclose these conditions.

Please contact the federal courts not me or contact Joe MIller (920) 997-6452 or Leigh Thern at Morgan Stanley they both sold me an illegal mortgage. (920) 832-9110 or Daniel Krause, Kathleen Lang or Sue Cienkus at (414)226-3000 or the President James Gorman (212) 761 4000.

Best check your investments because the Mormons own MS and MS is taking your money every day ask Biden. They love to embezzle from the LGBTQ community and heterosexuals'.



Page 5 of 6 of the Case of Scott Ballering <AGAINST> Zillow Inc. & other holdings

2. All supporting 3+ gig of evidence can be found via this virtual drive **https://1drv.ms/u/s!AsH2lPeCUXBmgUK1uUfnNsv5Awd2?e=FSDlNf** look at folder named Zillow where you will find the receipt from that day.
3. Religious, sexual orientation, age, personal investments or other reasons for discrimination

IV Relief
State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Unlimited dollars.
- All court costs also be paid by Defendants & income taxes and can not pass on costs to consumers
- All proceeds to be placed in the Robert & Arline Family Foundation

**V** Certification and Closing
Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**For Parties Without an Attorney**
I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 23,2021.
Signature of Plaintiff "/S/ [Scott L. Ballering]"
Printed Name of Plaintiff  Scott Lynn Ballering